953

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus Donaldo ESPINOSA–HERNAN-
DEZ, also known as Ronnie Espi-
nosa, Defendant–Appellant.

No. 03–40808.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

James Lee Turner, Assistant US Attor-
ney, Jeffery Alan Babcock, US Attorney's
Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public
Defender, Molly E. Odom, Federal Public
Defender's Office, Houston, TX, for Defen-
dant–Appellant.

Before DAVIS, EMILIO M. GARZA,
and DENNIS, Circuit Judges.

PER CURIAM.*

Jesus Donaldo Espinosa–Hernandez ap-
peals his guilty plea conviction of being
found in the United States without permis-
sion after having been removed. He ar-
gues for the first time on appeal that the
felony conviction that resulted in his in-
creased sentence under 8 U.S.C.
§ 1326(b)(2) was an element of the offense
that should have been charged in the in-
dictment and that 8 U.S.C. § 1326(b)'s fel-
ony and aggravated felony provisions are
unconstitutional in light of *Apprendi v.*

*New Jersey,* 530 U.S. 466, 120 S.Ct. 2348,
147 L.Ed.2d 435 (2000). As he acknowl-
edges, his argument is foreclosed by *Al-
mendarez–Torres v. United States,* 523
U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d
350 (1998). *See United States v. Dabeit,*
231 F.3d 979, 984 (5th Cir.2000).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.